Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−12130−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel M Johnson
   aka Rachel Johnson
   17 Sheppard Avenue
   Shiloh, NJ 08353

Social Security No.:
   xxx−xx−4711

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2023.

Dated: June 8, 2023
JAN: jpl

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 23-12130-JNP
Rachel M Johnson                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                         Page 1 of 3
Date Rcvd: Jun 08, 2023                          Form ID: plncf13                                  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel M Johnson, 17 Sheppard Avenue, Shiloh, NJ 08353-8518 |
| 519862605 | | Atlantic City Electric An Exelon Company, PO Box 231, Wilmington, DE 19899-0231 |
| 519862614 | + | Inspira Medical Center, Attn: Billing Office, 509 N. Broad Street, Woodbury, NJ 08096-1697 |
| 519862615 | + | Inspira Urgent Care Vineland, PO box 981028, Boston, MA 02298-1028 |
| 519862617 | + | Lease & Rental Mgmg Corp d/b/a Auto Use, Attn: Bankruptcy Dept, 45 Haverhill Street, Andover, MA 01810-1414 |
| 519894072 | + | Lease and Rental Management Corp. d/b/a Auto Loan, 45 Haverhill St, Andover, MA 01810-1414 |
| 519862623 | + | Samsung Financing, PO Box 100270, Columbia, SC 29202-3270 |
| 519862625 | + | South Jersey Health System EP Svcs PA, 501 Front Street, Elmer, NJ 08318-2101 |
| 519862626 | | State of New Jersey, Dept. of Labor & Workforce Development, PO Box 951, Trenton, NJ 08625-0951 |
| 519862629 | | TD Retail Card Services/Samsung, Ms Bt Pob 9475, Minneapolis, MN 55440 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519862603 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jun 08 2023 21:04:00 | AmeriHome Mortgage, 1 Baxter Way, Thousand Oaks, CA 91362-3888 |
| 519862604 | ^ | MEBN | Jun 08 2023 21:03:40 | AmeriHome Mortgage Co, LLC, Attn: Bankruptcy Department, PO Box 77404, Ewing, NJ 08628-6404 |
| 519915247 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 08 2023 21:04:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519862606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2023 21:21:50 | Capital One, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519898473 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 08 2023 21:21:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519862607 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 21:21:49 | Citibank North America/Best Buy, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519862608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519862609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | Comenity Capital Bank/BJ's, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519862610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519862611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 08 2023 21:05:00 | | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519862612 | + | Email/Text: electronicbkydocs@nelnet.net Jun 08 2023 21:05:00 | | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519862613 | | Email/Text: operationsclerk@easypayfinance.com Jun 08 2023 21:04:00 | | Easy Pay/Duvera Collections, Attn: Bankruptcy Dept, Po Box 2549, Carlsbad, CA 92018 |
| 519862616 | | Email/Text: sbse.cio.bnc.mail@irs.gov Jun 08 2023 21:04:00 | | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519862618 | | Email/Text: camanagement@mtb.com Jun 08 2023 21:05:00 | | M & T Bank, Attn: Bankruptcy Dept, Po Box 844, Buffalo, NY 14240 |
| 519862621 | | Email/Text: camanagement@mtb.com Jun 08 2023 21:05:00 | | M&T Bank, Lending Services, Customer Support, PO Box 900, Millsboro, DE 19966 |
| 519862619 | | Email/Text: camanagement@mtb.com Jun 08 2023 21:05:00 | | M&T Bank, Attn: Customer Bankruptcy Department, PO Box 1508, Buffalo, NY 14240-1508 |
| 519862620 | + | Email/Text: camanagement@mtb.com Jun 08 2023 21:05:00 | | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519925283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2023 21:10:40 | | Portfolio Recovery Associates, LLC, C/O BEST BUY, POB 41067, Norfolk VA 23541 |
| 519862622 | + | Email/Text: EBN_Waco@Receivemorermp.com Jun 08 2023 21:05:00 | | Receivables Management Partners, Attn: Bankruptcy Dept, 200 New Rd, Waco, TX 76710-6932 |
| 519862624 | | Email/Text: bankruptcynotice@sjindustries.com Jun 08 2023 21:04:00 | | South Jersey Gas, Attn: Bankruptcy Department, 1 South Jersey Place, Atlantic City, NJ 08401 |
| 519862627 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Jun 08 2023 21:04:00 | | State of NJ Division of Taxation, Attn: Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519862628 | + | Email/PDF: gecsedi@recoverycorp.com Jun 08 2023 21:21:41 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519870375 | + | Email/Text: tdebn@credbankserv.com Jun 08 2023 21:04:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519880558 | + | Email/Text: electronicbkydocs@nelnet.net Jun 08 2023 21:05:00 | | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN NE 68508-1904 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 36 |

Date: Jun 10, 2023              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian C. Nicholas
on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

S. Daniel Hutchison
on behalf of Debtor Rachel M Johnson sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4