Printed on: 12/31/2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-12130 (JNP)

Rachel M. Johnson  
17 Sheppard Avenue  
Shiloh, NJ  08353

Monthly Payment: $350.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2024 | $350.00 | 02/06/2024 | $350.00 | 03/07/2024 | $350.00 | 04/08/2024 | $350.00 |
| 05/07/2024 | $350.00 | 06/06/2024 | $350.00 | 07/09/2024 | $350.00 | 08/06/2024 | $350.00 |
| 09/09/2024 | $350.00 | 10/07/2024 | $350.00 | 11/06/2024 | $350.00 | 12/09/2024 | $350.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RACHEL M. JOHNSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $2,531.20 |
| 1 | AMERIHOME MORTGAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | M & T BANK, N.A. | 24 | $2,191.43 | $1,880.40 | $311.03 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $3,354.49 | $0.00 | $3,354.49 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,786.49 | $0.00 | $6,786.49 | $0.00 |
| 6 | COMENITY BANK/VICTORIA SECRET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COMENITY CAPITAL BANK/BJ'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COMENITY/MPRC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | COMENITYBANK/HOTTPIC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $20,044.13 | $0.00 | $20,044.13 | $0.00 |
| 11 | EASY PAY/DUVERA COLLECTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | INSPIRA MEDICAL CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | INSPIRA URGENT CARE VINELAND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LEASE & RENTAL MANAGEMENT COMPANY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | M & T BANK | 33 | $13,919.61 | $0.00 | $13,919.61 | $0.00 |
| 17 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RECEIVABLES MANAGEMENT PARTNERS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SAMSUNG FINANCING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SOUTH JERSEY HEALTH SYSTEM EP SVCS PA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NEW JERSEY | 28 | $72.00 | $0.00 | $72.00 | $0.00 |
| 25 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK/CARE CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | TD RETAIL CARD SERVICES | 33 | $566.50 | $0.00 | $566.50 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2023 | 36.00 | $350.00 |
| 04/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,200.00 |
| Total paid to creditors this period: | $2,531.20 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $0.00 |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**