UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Rachel M Johnson

Case No.               23-12130

Chapter:                    13

Judge:                      JNP

### CERTIFICATION IN SUPPORT OF DISCHARGE

I,          Rachel M Johnson          , debtor in this case certify as follows:

1.          All payments required to be made by me under my plan have been made and are paid in full.

2.   ☑   I am not required to pay domestic support obligations.

☐   I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:      03-20-26                                    /s/Rachel M. Johnson
                                                            Rachel M Johnson
                                                            Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*