**Information to identify the case:**

Debtor 1    Rachel M Johnson

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–4711

EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:   23–12130–JNP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rachel M Johnson
aka Rachel Johnson

5/7/26

**By the court:** Jerrold N. Poslusny Jr.

United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Rachel M Johnson
     Debtor

Case No. 23-12130-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel M Johnson, 17 Sheppard Avenue, Shiloh, NJ 08353-8518 |
| 519862605 | | Atlantic City Electric An Exelon Company, PO Box 231, Wilmington, DE 19899-0231 |
| 519862614 | + | Inspira Medical Center, Attn: Billing Office, 509 N. Broad Street, Woodbury, NJ 08096-1697 |
| 519862615 | + | Inspira Urgent Care Vineland, PO box 981028, Boston, MA 02298-1028 |
| 519862617 | + | Lease & Rental Mgmg Corp d/b/a Auto Use, Attn: Bankruptcy Dept, 45 Haverhill Street, Andover, MA 01810-1414 |
| 519894072 | + | Lease and Rental Management Corp. d/b/a Auto Loan, 45 Haverhill St, Andover, MA 01810-1414 |
| 519862623 | + | Samsung Financing, PO Box 100270, Columbia, SC 29202-3270 |
| 519862625 | + | South Jersey Health System EP Svcs PA, 501 Front Street, Elmer, NJ 08318-2101 |
| 519862629 | | TD Retail Card Services/Samsung, Ms Bt Pob 9475, Minneapolis, MN 55440 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519862603 | + | Email/Text: bankruptcycourtnotices@amerihome.com | May 07 2026 21:35:00 | AmeriHome Mortgage, 1 Baxter Way, Thousand Oaks, CA 91362-3888 |
| 519862604 | ^ | MEBN | May 07 2026 21:27:56 | AmeriHome Mortgage Co, LLC, Attn: Bankruptcy Department, PO Box 77404, Ewing, NJ 08628-6404 |
| 519915247 | | Email/Text: BKelectronicnotices@cenlar.com | May 07 2026 21:35:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519862606 | + | EDI: CAPITALONE.COM | May 08 2026 01:05:00 | Capital One, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519898473 | + | EDI: AIS.COM | May 08 2026 01:05:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519862607 | | EDI: CITICORP | May 08 2026 01:05:00 | Citibank North America/Best Buy, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519862608 | + | EDI: WFNNB.COM | May 08 2026 01:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519862609 | + | EDI: WFNNB.COM | May 08 2026 01:05:00 | Comenity Capital Bank/BJ's, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519862610 | + | EDI: WFNNB.COM | May 08 2026 01:05:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519862611 | + | EDI: WFNNB.COM | May 08 2026 01:05:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, Po |

| | | | |
|---|---|---|---|
| 519862612 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | Box 182125, Columbus, OH 43218-2125 |
| | | May 07 2026 21:36:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519862613 | Email/Text: operationsclerk@easypayfinance.com | May 07 2026 21:34:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy Dept, Po Box 2549, Carlsbad, CA 92018 |
| 519862616 | EDI: IRS.COM | May 08 2026 01:05:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519862618 | Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M & T Bank, Attn: Bankruptcy Dept, Po Box 844, Buffalo, NY 14240 |
| 519862621 | Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M&T Bank, Lending Services, Customer Support, PO Box 900, Millsboro, DE 19966 |
| 520042599 | Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M&T Bank, PO BOX 62182, Baltimore, MD 21264-2182 |
| 520042600 | Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M&T Bank, PO BOX 62182, Baltimore, MD 21264-2182, M&T Bank, PO BOX 62182, Baltimore, MD 21264-2182 |
| 519862619 | Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M&T Bank, Attn: Customer Bankruptcy Department, PO Box 1508, Buffalo, NY 14240-1508 |
| 519862620 | + Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519925283 | EDI: PRA.COM | May 08 2026 01:05:00 | Portfolio Recovery Associates, LLC, C/O BEST BUY, POB 41067, Norfolk VA 23541 |
| 519862622 | + Email/Text: EBN_Waco@Receivemorermp.com | May 07 2026 21:36:00 | Receivables Management Partners, Attn: Bankruptcy Dept, 200 New Rd, Waco, TX 76710-6932 |
| 519862627 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 07 2026 21:34:00 | State of NJ Division of Taxation, Attn: Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519862624 | + Email/Text: bankruptcynotice@sjindustries.com | May 07 2026 21:35:00 | South Jersey Gas, Attn: Bankruptcy Department, 1 South Jersey Place, Atlantic City, NJ 08401-6069 |
| 519862626 | ^ MEBN | May 07 2026 21:27:35 | State of New Jersey, Dept. of Labor & Workforce Development, PO Box 951, Trenton, NJ 08625-0951 |
| 519862628 | + EDI: SYNC | May 08 2026 01:05:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519870375 | + EDI: CBSTDR | May 08 2026 01:05:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519880558 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 07 2026 21:36:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN NE 68508-1911 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-1                          User: admin                                    Page 3 of 3
Date Rcvd: May 07, 2026                        Form ID: 3180W                                 Total Noticed: 38

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| S. Daniel Hutchison | on behalf of Debtor Rachel M Johnson sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5